UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE EDWARD GALLAGHER,<br>Plaintiff,<br>v.<br>CARLOS BOLANOS, et al.,<br>Defendants. | Case No. 20-cv-01443-RS (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has not complied with the Court's instructions to file an amended complaint.  Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).  Plaintiff's motion for an extension of time is DENIED.  (Dkt. No. 8.)

Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any motion to reopen <u>must</u> contain an amended complaint that complies in all respects with the order dismissing the complaint with leave to amend.  The amended complaint also must appear on this Court's form.  The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** August 10, 2020

_____
RICHARD SEEBORG
United States District Judge